No. 21-1165

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

Tamia Banks, Ronnie Hooks, Joel Hogan, Kenneth Niebling, Kendall Lacy, Tanja Lacy, Willie Clay, Bobbie Jean Clay, Angela Statum, Missouri Rentals Company, LLC, on behalf of themselves and all others similarly situated,

*Plaintiffs-Appellees,*

v.

Cotter Corporation (N.S.L.),

*Defendant-Appellant.*

Appeal from the United States District Court for the Eastern District of Missouri – St. Louis, No. 4:20-cv-01227-JAR, The Honorable John A. Ross

Consolidated with No. 21-1160, In re: Cotter Corporation (N.S.L.), *Petitioner*, Petition for Writ of Mandamus

# CORRECTED CERTIFICATE OF SERVICE
# FOR PAPER COPIES OF OPENING BRIEF OF
# APPELLANT COTTER CORPORATION (N.S.L.)

Sondra Hemeryck
Brian O. Watson
Lauren E. Jaffe
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL  60602
(312) 471-8700 tel
(312) 471-8701 fax
shemeryck@rshc-law.com
bwatson@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com

Jennifer Steeve
RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Dr., Suite 440
Irvine, CA  92618
(949) 359-5515 tel
(949) 359-5501 fax
jsteeve@rshc-law.com
acoleman@rshc-law.com
docketdept@rshc-law.com

Attorneys for *Defendant-Appellant*
**COTTER CORPORATION (N.S.L.)**

# CORRECTED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on March 16, 2021, by consent of all counsel, via electronic mail and **was served on March 19, 2021, by paper via a third-party commercial carrier on the following:**

Anthony D. Gray
JOHNSON GRAY LLC
319 N. 4th St., Suite 212
St. Louis, MO 63102
(314) 385-9500
agray@johnsongraylaw.com

Ryan A. Keane
Steven W. Duke
KEANE LAW LLC
7777 Bonhomme Ave., Suite 1600
St. Louis, MO 63102
(314) 391-4700
ryan@keanelawllc.com
steve@keanelawllc.com

David R. Barney, Jr.
THOMPSON BARNEY
2030 Kanawha Blvd. E. 300
E. Pedro Simmons Dr.
Charleston, WV 25311
(304) 343-4401
drbarneywv@gmail.com

Nathaniel R. Carroll
ARCHCITY DEFENDERS
440 N. 4th St., Suite 390
St. Louis, MO 63102
(314) 361-8834
ncarroll@archcitydefenders.org

Celeste Brustowicz
Victor T. Cobb
THE COOPER LAW FIRM LLC
1525 Religious St.
New Orleans, LA 70130
(949) 315-9075
cbrustowicz@clfnola.com
vcobb@sch-llc.com

Dated: March 19, 2021

Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Sondra A. Hemeryck
Brian O. Watson
Lauren E. Jaffe
70 W. Madison St., Suite 2900
Chicago, Illinois 60602
(312) 471-8700 tel
(312) 471-8701 fax
shemeryck@rshc-law.com
bwatson@rshc-law.com
ljaffe@rshc-law.com
docketdept@rshc-law.com

RILEY SAFER HOLMES & CANCILA LLP
Jennifer Steeve
100 Spectrum Center Drive, Suite 440
Irvine, California 92618
(949) 359-5500 tel
(949) 359-5501 fax
jsteeve@rshc-law.com
acoleman@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR APPELLANT COTTER CORPORATION (N.S.L.)**